UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CESAR PEREZ<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§<br>§ | CIVIL ACTION NO. 1:16-cv-00186 |
| GEOVERA SPECIALTY<br>INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§ | |

## PLAINTIFF'S MOTION TO REMAND

A. Introduction

1. Plaintiff is Cesar Perez; Defendant is Geo Vera Specialty Insurance Group ("Geo Vera").

2. On May 31, 2016 Plaintiff sued Defendant for mishandling of his claim arising out of hail/wind damage to his home, violations under the Texas Deceptive Trade Practices-Consumer Protection Act ("DTPA"), violations of the Texas Insurance Code, including violations of the Prompt Payment of Claims Act and Unfair Insurance Practice, and for Breach of Contract in the 103rd District Court of Hidalgo County.

3. Defendant Geo Vera was served with citation and notice of the suit on or about June 24, 2016.

4. Defendant filed its Notice of Removal on July 25, 2016.

### B. Argument

5. The court may remand a case on the basis of any defect identified in a motion for remand filed within 30 days after the filing of the Notice of Removal under 28 U.S.C. §1446(a). 28 U.S.C. §1447(c).

6. The court should remand this case to state court because the amount in controversy is less than $75,000.0, excluding interest, costs, and attorney fees. 28 U.S.C. §1332(a); *see Darden v. Ford Consumer Fin. Co., F.3d.* 753, 755 (11th Cir. 2000).

### C. Conclusion

7. Plaintiffs' lawsuit against Defendants was filed as a result of Defendant's mishandling of Plaintiff's hail/wind property damage claim and DTPA violations. This Court should remand this case to state court because the amount in controversy does not exceed $75,000.00.

8. For the reasons stated above, Plaintiff ask this Honorable Court to grant Plaintiff's Motion to Remand, remand this suit to the state court it was originally filed, and award Plaintiff his court costs, expenses, and attorney's fees.

*Signature on following page.*

Respectfully submitted,

William J. McCarthy
Law Offices of R. Kent Livesay, P.C.
2510 S. Veterans Blvd.
Edinburg, Texas 78539
(956) 686-5776
(986) 686-0050 facsimile
litigation@livesaylawfirm.com
diana@livesaylawfirm.com

*/s/ W. J. McCarthy*
William J. McCarthy
State Bar No. 13372500
Federal Id No. 2444
**ATTORNEY-IN-CHARGE**
**FOR PLAINTIFF CESAR PEREZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent via FACSIMILE SERVICE and/or ELECTRONIC MAIL to counsel listed below on August 24, 2016.

*Via Facsimile: (214) 871-8209*
*Via email: rthompson@thompsoncoe.com*
**Rhonda J. Thompson**
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 n. Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200
(214) 871-8209 (Fax)
anelson@thompsoncoe.com
**ATTORNEY FOR DEFENDANT GEOVERA SPECILTY INSURANCECOMPANY**

*/s/ W. J. McCarthy*
State Bar No. 13372500
Federal Id No. 2444
**ATTORNEY-IN-CHARGE**
**FOR PLAINTIFF CESAR PEREZ**

## VERIFICATION

State of Texas &sect;
&sect;
County of <u>HIDALGO</u> &sect;

Before me, the undersigned authority, on this day personally appeared <u>William J. McCarthy</u> who being by me duly sworn on his oath deposed and said that he has read the above and foregoing Motion for Continuance and that every statement contained herein is made upon information and belief or is within his personal knowledge and is true and correct.

*W J McCarthy*

SUBSCRIBED and SWORN TO before me this 24th day of August, 2016.

*Diana Reyna*
Notary Public in and for the State of Texas
My Commission Expires: 3/3/2018

Notary's Printed Name:
Diana Reyna