IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CESAR PEREZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.: 1:16-CV-00186** |
| **V.** | § | |
| | § | |
| **GEOVERA SPECIALTY INSURANCE COMPANY** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cesar Perez and Defendant GeoVera Specialty Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant GeoVera Specialty Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 21st day of October 2016.

    Respectfully submitted,

*/s/ William J. McCarthy* *
William J. McCarthy
Texas State Bar No.: 13372500
Federal Id No. 2444
**LAW OFFICES OF R. KENT LIVESAY, P.C.**
2510 S. Veterans Blvd.
Edinburg, Texas 78539
(956) 686-5776 Telephone
(956) 686-0050 Facsimile
Email:  litigation@livesaylawfirm.com
Email:  diana@livesaylawfirm.com

**ATTORNEY-IN-CHARGE
FOR PLAINTIFF CESAR PEREZ**

*Signed with Permission

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** – Page 1

2574906v1
08917.331

And

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
TBA No.:  24029862
Email: rthompson@thompsoncoe.com
Adrienne H. Nelson
TBA No.: 24069867
Email: anelson@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 24th day of October 2016, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing and E-mail:*
William J. McCarthy
**LAW OFFICES OF R. KENT LIVESAY, P.C.**
2510 S. Veterans Blvd.
Edinburg, Texas 78539
(956) 686-5776 Telephone
(956) 686-0050 Facsimile
Email:  litigation@livesaylawfirm.com
Email:  diana@livesaylawfirm.com
*Counsel for Plaintiff*

*/s/ Adrienne H. Nelson*
Adrienne H. Nelson
Rhonda J. Thompson

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 2**
2574906v1
08917.331