IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CESAR PEREZ,<br>    Plaintiff,<br><br>v.<br><br>GEOVERA SPECIALTY INSURANCE<br>COMPANY,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. B-16-186 |

### ORDER

On October 24, 2016, the parties filed a joint stipulation of dismissal. Dkt. No. 7.

The Court **ORDERS** that this case be dismissed with prejudice to refiling. Each party shall bear its own costs.

DONE at Brownsville, Texas, on October 25, 2016.

_____
Andrew S. Hanen
United States District Judge